Betty Herrera, Esq. (CSBN 242189)
UNITED DISABILITY LAWYERS GROUP
285 N. Hill Street
Pasadena, California 91106
Phone:(818) 716-8354
Fax: (888) 425-1666
bherrera@uniteddisabilitylawyers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISA MARIE KOVACH,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 5:20-cv-00611-AS<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of **$5,000.00** (five thousand dollars) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 (zero dollars) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: December 29, 2021               / s / Sagar
                                                           HONORABLE ALKA SAGAR
                                                           UNITED STATES MAGISTRATE JUDGE